Dennis Bolze
Reg. No: 14825-067
F.C.I. Williamsburg
P.O. Box 340
Salters, SC 29590


SENT 9/21/11
HOLCINGER ⎱ SAME
GOULD ⎰ LETTER.
KRAMER

September 21, 2011

Jon Kramer
Attorney at Law
US Commodity Futures Trading Commision
525 W. Monroe Street, Suite 1100
Chicago, IL 60661

    RE: Civil Proceeding in Case No: 3:09-cv-00088
        Commodity Futures Trading Commission v. Dennis R. Bolze

Dear Mr. Kramer:

    The C.F.T.C. filed a civil law suit against the above mentioned party on or about March 3, 2009 after completing an investigation into aleged misconduct, I am the party of interest in that case. I am currently at a Federal facility in Salters, SC while conducting some research into my criminal case, I came upon an opinion issued in this civil case.

    After reading the opinion, I wrote the court to obtain a copy of the Docket Sheet for Case No: 3:09-cv-00088. In scanning the Docket Sheet, I noticed where your office had filed a summons on March 3, 2009. However, the summons was returned on March 19, 2009, (a week after my arrest). Again on April 3, 2009 another summons was returned unexecuted [Doc. 28].

    On April 7, 2009, your office filed a Motion for Issuance of an Alias Summons, which was GRANTED [Doc. 31] and the U.S. Marshals delivered it on May 5, 2009.

    On March 30, 2009 a Motion [your office filed] [Doc. 25] to <u>order</u> me to appear, [in an effort] but was DENIED the following day [Doc. 26].

    On July 12, 2010 the summons [Doc. 48, 49, and 50] are marked as "Return to Sender," stating that the mail sent to me [Doc. 48] at the Blount County Jail was returned.

    During the course of these proceedings, my criminal attorney, Mr. Kim Tollison only spoke twice about this ongoing civil suit. He had received either a letter or fax asking if I wanted to "co-operate" or work with the C.F.T.C. and inquired about a conference call(s), in order, to resolve the civil suit. However, I was never provided with a copy of the letter/fax, just going from memory.

<u>Exhibit B, p.1</u>

(1)

It appears to me that your office tried several times through all avenues available, but could not, or was not allowed to have contact with me. I was not afforded any opportunity to discus*see* any matters and materials either in person, by phone, through the mail, and certainly not in a court room. To this day, I still have not received any corespondance from your office or the court regarding the final resolution of the case. Which brings me to the point of this letter.

QUESTIONS:
1). Why couldn't or why were you not allowed to have contact with me?
2). Why or for what reson couldn't we speak to each other to *ANSWER* any questions or resolve this matter?
3). Did the jail prevent it?
4). Or did the U.S. Marshal Service?
5). Why was your office denied access to resolve this matter and by whom?

I had told my criminal attorney, at the time, that I was willing to talk to your office and to go ahead an setup a conference call(s), but to no avail. If you woould take a few minutes and fill in the missing pieces, I would truly appreciate it, and thank you for your time and consideration.

Sincerely yours,

_____

Dennis Bolze

*AVA GOULD*
*ROSEMARY HOLLINGER*

Exhibit B, p.2

CC: file

(2)

Dennis R. Bolze
Reg. No: 14825-067
F.C.I. Williamsburg
P.O. Box 340
Salters, SC 29590


COPY SENT 10/26/11

October 22, 2011

Freedom of Information Section
U.S. Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, IL 60661

RE: A Freedom of Information Request for Dennis R. Bolze

Dear Sir/Madam:

I am writing to request the following information pursuant to Title 5, United States Code, Section 552 and 552(a). The information requested is as follows:

In the Civil Matter, C.F.T.C. Vs. Dennis R. Bolze, Advanced Trading Services [ATS], and Centurion Asset Management [CAM] 3:09-CV-00088 (E.D. Tenn. July 6. 2010), all correspondance between:

1). All correspondance to and from the Department of Justice, Office of the Attorney General, including the Assistant United States Attorney's Office,
2). All correspondance to and from the Department of Justice, United States Marshal's Service,
3). All correspondance to and from from the Trustee for the United States Bankruptcy Court and/or his legal counsel,
4). All correspondance to and from from the Blount County Sheriff's Department and/or the Blount County Detention Center either directly or addressed to Dennis R. Bolze, ATS, and/or CAM, including copies of the envelopes showing reasons for the return of the correspondance,
5). and finally, all correspondance to and from the Office of the Public Defender Services of Eastern Tennessee, including Mr. Kim Tollison.

Correspondance has the meaning for hte purposes of this F.O.I.A. request as being all letters, phone conversations and their logs, notes of phone calls, faxes, emails and all other forms of contact with the other party(ls) listed above.

The information is sought for non-commerical purposes.

Exhibit B, p.3

-1-

It is further requested that your Agency in response to the material requested, specifically inform me if and to whom the file and/or any materials therein contained has been released to any identifiable individual or Agency, their name, the purpose and need for such information the date of such release, the specific material that was released, the person within your Agency who released such information, and the specific reference to authority, statute, or regulation governing such release. (5 U.S.C. § 552a(d)(1), Paton Vs. Prade, 524 F. 2d 862 (C.A.3 1975); Triton Vs. Saxbe, 507 F. 2d 1116, 165 U.S. App. D.C. 293 (1974); Linda-R.S. Vs. Richard D., 410 U.S. 614, 35 L. Ed 2d 526 93 S. Ct. 1146 (1973).

It is further requested that your Agency provide me with a copy of specific regulations of your Department as provided by statute (5 U.S.C. § 552), so that compliance with such regulation is adhered to except as otherwise provided by law.

This request is made under the Freedom of Information Act (5 U.S.C. § 552) and the Privacy Act (5 U.S.C. § 552a) together with the "alternate means of access" to permit access to records on file with your Agency. If and for any reason, it is determined that portions of the materials and records sought are exempt by statue (5 U.S.C. § 522(6)(c)(B)(7), 552 (j)(2)(K)(2) or by regulation; Menard Vs. Mitchell, 430 F. 2d 486, 139 U.S. App. D.C. 113 (1970); Nemez Vs. Department of Treasury, 446 F. Supp. 102, I request specific citation to authority for such reletion. If it should be determined that any material be deemed CONFIDENTIAL due to identification ONLY from the material for release, then such material may be redacted. Paton Vs. Prade, 524. F. 2d 862 (C.A.3, 1975); Chastain Vs. Kelly, 510 F. 2d 1232 (D.C. Cir. 1975).

I further agree to pay any reasonable cost or file IN FORMA PAUPERIS if I am provided by statute or regulation of your Agency, for search and copies of the material requested.

Pursuant to Title 5, U.S.C. § 552(6)(B)(i), it is noted that your Agency has ten (10) working days following receipt of this request to provide the information sought. Should any delay occur, it is requested that your Agency inform me of the delay as provided by Agency regulations, and the date as to when your Agency will be able to fully act upon this request, to avoid further legal action.

Sincerely yours,

Dennis R. Bolze
Reg. No: 14825-067



**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5105
Facsimile: (202) 418-5124
*www.cftc.gov*

FOIA
Compliance Office

December 2, 2011

Mr. Dennis R. Bolze
Reg. No.: 14825-067
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

FOIA No. 12-00026

Re:  Request for copies of correspondence to and from the Department of Justice, United States Bankruptcy Court, Blount County Sheriff's Department; and the Office of the Public Defender Services of Eastern Tennessee

Dear Mr. Bolze:

This letter responds to your October 22, 2011, Freedom of Information Act request for the above information.

We have identified a large volume of responsive records. For this response, we have reviewed 190 pages of records. You are granted full access to those records, which are enclosed.

Although there are additional responsive documents to be reviewed, we are placing this request on hold pending receipt of payment for the first transmission of responsive records and an agreement that you will pay fees for additional processing. If we have not received payment and the fee agreement by January 3, 2012, we will assume this satisfied your request and will close our file.

An itemization of the search, review and reproduction costs incurred in processing your request is also attached. Please send your check or money order, payable to the Commodity Futures Trading Commission, to: FOIA Compliance Office, Commodity Futures Trading Commission, 8th Floor, Three Lafayette Centre, 1155 21st Street, N.W., Washington, D.C. 20581. Please be advised that the Commission will begin charging interest on unpaid bills on the 31st day after the date of this letter.

Exhibit B, p.5

Please direct any questions you may have concerning the initial processing of your request to me at 202-418-5497.

Sincerely,

Linda J. Mauldin
Paralegal Specialist

Exhibit B, p.6



**Invoice Summary**

Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

**Report Date** : 12/02/2011
**Time** : 3:21:10 PM

**Requester Invoice**

Mr. Dennis R. Bolze
Reg. No.: 14825-067
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

| | | |
|---|---|---|
| Request No | : | 12-00026-FOIA |
| Invoice No | : | 00000000018 |
| Invoice Date | : | 12/02/2011 |
| Requester Name | : | Bolze, Dennis |
| Requester Organization | : | Reg. No.: 14825-067 |

**Fee Items**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Charged Value ($)**

**PROFESSIONAL HOURS**
a. SEARCH　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　82.00
**OFFICE COPY REPRODUCTION**
a. PAGES REPRODUCED　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　28.50

**Total Amount: ($) 110.50**

**Request Description**

Request for copies of correspondence to and from the Department of Justice, United States Bankruptcy Court, Blount County Sheriff's Department; and the Office of the Public Defender Services of Eastern Tennessee

**Sub Requests**

Default

**Memo**

Exhibit B, p.7

Dennis Bolze
Reg. No: 14825-067
F.C.I. Wililamsburg
P.O. Box 340
Salters, SC  29590

December 17, 2011

Ms. Linda J. Mauldin
Paralegal Specialist
FOIA Compliance Office
Commodity Futures Trading Commission
8th Floor
Three Lafayette Centre,
1155 21 St. Street. NW
Washington, DC  20581

      RE: FOIA Request No: 12-00026-FOIA for Dennis R. Bolze and
          Centurion Asset Management/Advanced Trading Services

Dear Ms. Mauldin:

    Thank you for your quick response to my inquiry. Howver, the scope of the inquiry as for correspondence to and from four entities. My letter dated October 22, 2011 made spelled out what "corrspondence" meant. It did not ask for any court documents filed with any courts for any matter associated with myself of CAM and ATS, only the correspondence itself (in the case of an email, that meant no attachments)  if I wanted attachments to an email, for example, I would have included it in the definition of correspondence. I already have all the court documents from all the legal matters that I am involved in.

    This means that the transcript from the sentencing is void and the cost associated with it. I'll pay for the "search" fee and one page, which is an email from the CFTC to and from Department of Justice, therefore, please provide me with a corrected invioice for payment. Also, if you want the transcript back, please let me know ASAP.

    In addition, your letter talks about a "fee agreement" however, no agreement was provided with your letter. ALso your letter talks about "An itemization of the search, review and reproduction costs incurred in processing your request is also attached." But there isn't any. Therefore please provide me the missing documents.

    I would like to narrow the search to <u>all</u> materials, files, correspondence from the time period of 2002 to 2007 for Dennis R. Bolze and Centurion Asset Management. As soon as I receive the updated invoice and the missing documents I will have the funds sent to your office. ......ASAP Thankyou in advance for your help and assistance in this matter.

Sincerely yours

Dennis Bolze

<u>Exhibit B, p.8</u>

FROM: Dennis R. Bolze
USM# 14825-067
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

MICHAEL
BUTLER

SENT
6/6/12

DATE: June 1, 2012

TO: Ms. Linda J. Maudlin
Paralegal Specialist
FOIA Compliance Officer
Commodity Futures Trading Commission
8th Floor
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

RE: A FREEDOM OF INFORMATION REQUESTS FOR DENNIS R. BOLZE, CENTURION ASSET MANAGEMENT, AND/OR ADVANCED TRADING SERVICES

Dear Ms. Maudlin:

I am writing to request the following information pursuant to Title 5, United States Code, Section 552 and 552[a]. The information requested is as follows;

1). All correspondance to and from the Commodity Futures Trading Commission and Dennis R. Bolze, Centurion Asset Management, and/or Advanced Trading Services from January 2005 through and including December 31, 2006.

2). All correspondance to and from the Commodity Futures Trading Commission and Lorence & Schrier, P.L.L.C., Attorney at Law, from January 2005 through and including December 31, 2006.

Correspondance has the meaning for the purposes of this FOIA request as being all letters, phone converstions and their logs, notes of phone calls, faxes, emails and all other forms of contact with the other party listed above.

This information is sought for non-commerical purposes.

It is further requested that your Agency in response to the material requested, specifically inform me if and to whom the file and/or any materials therein contained has been released to any identifiable individual or Agency, including other offices of the Commodity Future Trading Commission, their name, the stated purpose and need for such information, the date of such release, the specific material that was released, the person within your agency who released such information, and the specific reference to authority, statute, or regulation governing such release. See; 5 U.S.C. § 552a[d][1], also see Paton Vs. Prade, 524 F. 2d 862 [C.A.3 1975]; Triton Vs. Saxbe, 507 F. 2d 1116, 165 U.S. App. D.C. 293 [1974]; Linda-R.S. Vs. Richard D., 410 U.S. 614, 35 L. Ed 2d 526 93 S. Ct. 1146 [1973].

It is further requested that your Agency provide me with a copy of specific regulations of your Department as provided by statute 5 U.S.C. § 552, so that compliance with such regulations is adhered to except as otherwise provided by law.

This request is made under the Freedom of Information Act - i.e, 5 U.S.C. § 552 and the Privacy Act - i.e., 5 U.S.C. § 552a, together with the "alternate means of access" to permit access to records on file with your Agency. If and for any reason, it is determined that portions of the materials are records sought are exempt by statue, [l5 U.S.C. § 522[l6][lc][B][7, § 552[lj][2][K][2] or by regulation; <u>Menard Vs. Mitchell</u>, 430 F. 2d 486, 139 U.S. App. D.C. 113 [1970]; <u>Nemez Vs. Department of Treasury</u>, 446 F. Supp. 102, I request specific citation to authority for such reletion. IF it should be determined that any material be deemed CINFIDENTIAL due to identification ONLY from the material for release, then such material may be reacted. <u>Paton Vs. Prade</u>, 524 F. 2d 862 [C.A.3, 1975]; <u>Chastain Vs. Kelly</u>, 510 F. 2d 1232 [D.C. Cir. 1975].

I further agree to pay any reasonable cost or file IN FORMA PUAPERIS if I am provided by statute or regulation of your Agency, for search and copies of the material requested. If necessary, please include a "fee agreement."

Pursuant to Title 5, U.S.C. § 552[6][B][i], it is noted that your Agency has ten [(10] working days following receipt of this request to provide the information sought. Should any delay occur, it is requested that your Agency inform me of the delay as provided by Agency regulations, and the date as to when your Agency will be able to fully act upon this request, to avoid further legal actions.

Thank you for your time and consideration in this important matter.

Sincerely yours,

Dennis R. Bolze

Exhibit B, p.10

Case 3:14-cv-00024-CLC-CHS  Document 1-2  Filed 01/21/14  Page 10 of 16  PageID #: 38

# Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _DENNIS ROGER BOLZE_

Citizenship Status [2] _UNITED STATES_    Social Security Number [3] _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_

Current Address _F.C.I. WILLIAMSBURG, P.O. BOX 340 SALTERS, SC. 29586_

Date of Birth _NOVEMBER 28, 1948_    Place of Birth _HARRISBURG, PA._

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _[signature]_    Date _10/22/2011_

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

**U.S. COMMODITY FUTURES TRADING COMMISSION**

Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5105
Facsimile: (202) 418-5124
www.cftc.gov

FOIA Office

July 11, 2012

Dennis Bolze
Reg. No.: 14825-067
FCI Williamsburg, P.O. Box 340
Salters, SC 29590

RE: 12-00122-FOIA

Dear Mr. Bolze:

This letter acknowledges the receipt of your Freedom of Information Act (FOIA) request dated June 1, 2012 for the records regarding Dennis R. Bolze, Centurion Asset Management and/or Advanced Trading Services

Please be advised that because we were unable to reach a fee agreement with you on your previous FOIA request, 12-00026-FOIA, we will place this request on hold until you formally notify this office in writing of your agreement to pay reasonable fees for search, reproduction, and review. For your convenience, I have attached an invoice with an estimation of fees that may be incurred processing this request.

If we do not receive a response from you agreeing to pay the fees associated with processing this request no later than July 27, 2012, we will close our file on this FOIA request. Closure of this file does not preclude you from submitting other requests in the future.

If you should have any questions regarding your request, please contact Linda Mauldin at 202-418-5497. In any call or future correspondence concerning the request, please refer to the following case number 12-00122-FOIA.

Sincerely,

Joan E. Fina
Counsel

Exhibit B, p.11

**Invoice Summary**

Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

**Report Date** : 07/11/2012

**Time** : 2:59:56 PM

**Requester Invoice**

Mr. Dennis R. Bolze
Reg. No.: 14825-067
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

| | | |
|---|---|---|
| Request No | : | 12-00122-FOIA |
| Invoice No | : | 00000000026 |
| Invoice Date | : | 06/25/2012 |
| Requester Name | : | Bolze, Dennis |
| Requester Organization | : | Reg. No.: 14825-067 |

| Fee Items | Unit Rate ($) | Quantity | Extended Value ($) | Not Charged Value ($) | Charged Value ($) |
|---|---|---|---|---|---|
| **PROFESSIONAL HOURS** | | | | | |
| a. SEARCH | 41.00/1.00 HOUR(S) | 2.00 | 82.00 | 0.00 | 82.00 |
| b. REVIEW | 41.00/1.00 HOUR(S) | 2.00 | 82.00 | 0.00 | 82.00 |

**Total Amount : $ 164.00**
**Amount Paid : $    0.00**
**Balance Due : $ 164.00**

**Request Description**

Dennis R. Bolze, Centurion Asset Management and/or Advanced Trading Services

**Sub Requests**

Default

**Memo**

Exhibit B, p.11-a

Case 3:14-cv-00024-CLC-CHS   Document 1-2   Filed 01/21/14   Page 13 of 16   PageID #: 41

http://foiaxpress.cftc.gov/Billing/afxInvoiceDisplay.aspx?RequestID=482&ReqTypeId=3    7/11/2012



**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5105
Facsimile: (202) 418-5124
*www.cftc.gov*

FOIA Office

September 27, 2012

Dennis Bolze
Reg. No.: 14825-067
FCI Williamsburg, P.O. Box 340
Salters, SC 29590

                    RE:    12-00122-FOIA
                             Dennis R. Bolze, Centurion Asset
                             Management and/or Advanced
                             Trading Services

Dear Mr. Bolze:

      This is in response to your request dated June 1, 2012 under the Freedom of Information Act seeking access to correspondence to and from the CFTC and Dennis R. Bolze, Centurion Asset Management, Advanced Training Services and/or Lorence & Schrier between January 2005 and December 31, 2006. In accordance with the FOIA and agency policy, we have searched our records, as of June 15, 2012, the date we received your request in our FOIA office. Based on the information you provided, our search of the CFTC's records did not identify any record that would respond to your request.

      If you are not satisfied with this response to your request, you may appeal by writing to Freedom of Information Act Appeal, Office of the General Counsel, Commodity Futures Trading Commission, Three Lafayette Centre, 8th Floor, 1155 21st Street, N.W., Washington, D.C. 20581, within 30 days of the date of this letter. Please enclose a copy of your original request and a copy of this response.

      If you have any questions about the way we handled your request, or about our FOIA regulations or procedures, please contact Joan Fina at 202-418-7621.

                                          Sincerely,

                                          Joan E. Fina
                                          Counsel                    <u>Exhibit B, p.12</u>

FROM: Dennis R. Bolze
USM# 14825-067
FCI Williamsburg
P.O. Box 340
Salters, SC 29590



DATE: October 2, 2012

FOIA Number:
12-00122-FOIA

TO: Ms. Linda J. Maudlin
Paralegal Specialist
FOIA Compliance Officer
Commodity Futures Trading Commission
8th Floor
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

RE: Third request for information under FOIA for Dennis R. Bolze, Centurion Asset Managment and/or Advanced Trading Services

Dear Mr. Maudlin:

On June 1, 2012, four months ago, I made a FOIA request with your office concerning correspondances between your office, myself, and a law firm <Lorence& Schrier, PLLC>.

Your office responded by seeking to verify that I would pay the fees associated with this request. In which I replied that I would pay for the cost of researching and copying associated with this narrow request.

These correspondances occured between the Washingtion office of the CFTC and the parties of interest. In your letter asking for a guarantee of payment, nothing was mentioned as to how long it would take for this narrowed search to be completed. However, four months is, in my view, more than enough time to process this request.

This request is tied to a criminal matter and it could be viewed as an obstruction of justice because of the failure to comply with federal statute. I would like to request this information be sent A.S.A.P. in order to avoid approaching the District Court and seek an order for compliance. But since time is running and this request is important, that course will be taken on the first of November if the information has not been sent by and received by that date. I will also seek to have the Court order this information at no cost to me.

Thank you for your time and consideration in this important legal matter and I wait for your reply.

Sincerely yours,

Dennis R Bolze

Exhibit B, p.13

FROM: Dennis R. Bolze
      USM# 14825-067
      FCI Williamsburg
      P.O. Box 340
      Salters, SC 29590

DATE: October 9, 2012

TO:   Freedom of Information Act Appeal
      Office of General Counsel
      Commodity Futures Trading Commission
      Three Lafayette Centre, 8th Floor
      1155 21st Street, NW.,
      Washington, DC 20581

      RE: APPEAL OF FINDINGS IN FOIA 12-00122

Dear Sir/Madam:

I would like to appeal the findings of the FOIA Compliance Office at the C.F.T.C. which I received on October 3, 2012. The reason for this appeal is that during the period of time of the FOIA request, the C.F.T.C. did correspond with Centurion Asset Management, Advanced Trading Services, and the law offices of Lorence & Schrier. Both CAM and ATS were located in Las Vegas, NV at the time and the lawyers were located in White Plains, NY. Our records show that the C.F.T.C. office in Washington, DC sent a number of certified letters to CAM and ATS and then they, CAM and ATS, hired the lawyers to represent both of the corporations.

These correspondances should be easily available and available to be found and recovered this they are "down the hall" somewhere. Especially, in these days and times of record keeping. Therefore, I am requesting that your office conduct a review as to why these records are not being make available under a properly addressed request and would be evidence in a criminal matter.

Thank you for your time and consideration in this important legal matter, it is greatly appreciated.

Sincerely yours,

Dennis R. Bolze