FROM: Dennis R. Bolze
      USM# 14825-067
      FCI Williamsburg
      P.O. Box 340
      Salters, SC  29590


SENT
10/12/12

DATE: October 12, 2012

TO:   Ms. Linda J. Maudlin
      Paralegal Specialist
      FOIA Compliance Officer
      Commodity Futures Trading Commission
      8th Floor
      Three Lafayette Centre
      1155 21st Street, NW
      Washington, DC 20581

RE: A FREEDOM OF INFORMATION REQUEST FOR MICHAEL POTTER, CENTURION ASSET MANAGEMENT, AND/OR ADVANCED TRADING SERVICES.

Dear Ms. Maudlin:

   I am writing to request the following information pursuant to Title 5, United States Code, Section 552 and 552(a). The information requested is as follows;

   1). All correspondance **to and from** the Commodity Futures Trading Commission as it relates to Michael Potter (resident agent) and Centurion Asset Management, and/or Advanced Trading Services from 2002 until to and including December 31, 2008.

   2). All correspondance **to and from** the Commodity Futures Trading Commission as it relates to the request above between the agency and any law firms inference to the C.F.T.C.'s investigation of Centurion Asset Managment and/or Advanced Trading Service from the period 2002 until to and including December 31, 2008.

   Correspondance has the meaning for the purposes of this FOIA request as being **all** letter (including certified letter and their return receipt), phone conversations and their logs, notes of phone calls, faxes, emails, and all other forms of contact with the other parties listed above in reference to investigation of Centurion Asset Management and/or Advanced Trading Services, their officers, resident agents, owner, staff, attorneys or other persons of interest.

   This information is sought for non-commerical purposes. This information is sought for evidence in an ongoing criminal matter.

   I, DENNIS R. BOLZE, the person of interest in this matter, will pay all reasonable costs associated with this request according to the rules and regulations of this agency. Therefore, there should be no delay in responding to this request with the appropriate information requested.

EXHIBIT C  p.1

It is further requested that your Agency in response to the material requested, specifically inform me if and to whom the file(s) and/or any materials therein contained has been released to any identifiable individual, investigator, or agency, including other offices of the Commodity Futures Trading Commission, their name, the stated purposes and need for such information, the date of such release, the specific material that was released, the person within your agency who released such information, and the specific referense to authority, statute, or regulation governing such release. See; 5 U.S.C. § 552a(d)(1), also see; Paton Vs. Prade, 524 F. 2d 862 (C.A.3 1975); Triton Vs. Saxbe, 507 F. 2d 1116, 165 U.S. App. D.C. 293 (1976); Linda-R.S. Vs. Richard D., 410 U.S. 614, 35 L. Ed. 2d 625 9A S.Ct. 1146 (1973).

It is further requested that your Agency provide a copy of specific regulations of your department as provided by statute 5 U.S.C. § 552, so that compliance with such regulations is adhered to except as otherwise provided by law.

This request is made under the Freedom of Information Act, - i.e., 5U.S.C. §552 and the Privacy Act - i.e., 5 U.S.C. § 552a, together with the "alternate means of access" to permit access to records of file with your agency. If and for any reason, it is determined that portions of the materials are exempt by statute, [5 U.S.C. § 552(6)(c)(B), 5 U.S.C. § 552(j)(2)(K)(2) or by regulation. See; Menard Vs. Mitchell, 430 F. 2d 486, 139 U.S. App. D.C. 113 (1970); Nemez Vs. Department of Treasury, 446 F. Supp. 102. I request specific citation to authority for such redaction. If it should be determined that any material deemed confidential due to identification only from the material for release, then such material may be redacted. See; Paton Vs. Prade, 524 F. 2d 862 (C.A.3 1975); Chastain Vs. Kelly, 510 F. 2d 1232 (D.C. Cir. 1975).

AGAIN, I further agree to pay any reasonable cost or file IN FORMA PUAPERIS if I am provided by statute or regulation of your agency, for search and copies of the material requested. If necessary, please include a "fee agreement."

Pursuant to Title 5 U.S.C. §552(6)(B)(i), it is noted that your Agency has **ten** (10) working days following receipt of this request to provide the information sought. Should **any** delay occur, it is requested that your Agency inform me of the delay as provided by Agency regulations, and the date as to when your Agency will fally act upon this request, to avoid futher legal action.

Thank you for your time and consideration in this important criminal and legal matter.

Sincerely yours,

Dennis R. Bolze

EXHIBIT C, p.2

-2-

**U.S. COMMODITY FUTURES TRADING COMMISSION**

Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5105
Facsimile: (202) 418-5124
www.cftc.gov

FOIA Office

October 24, 2012

Dennis R. Bolze
Reg. No.: 14825-067
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

                              RE:    13-00006-FOIA
                                           Michael Potter and Centurion Asset
                                           Management, and/or Advanced
                                           Trading Services

Dear Mr. Bolze:

       This letter acknowledges the receipt of your Freedom of Information Act request dated October 12, 2012 for the documents listed below:

       Correspondence related to Michael Potter and Centurion Asset Management, and/or Advanced Trading Services dated between 2002 and December 31, 2008.

       If you should have any questions regarding your request, please contact me at (202) 418-5131. In any call or future correspondence concerning the request, please refer to the following case number 13-00006-FOIA.

                                                      Sincerely,

                                                      Jacqueline E. Jackson
                                                    Paralegal

FROM: Dennis R. Bolze
USM # 14825-067
F.C.I. Williamsburg
P.O. Box 340
Salters, SC  29590

SENT 12/10/12

2
2
2
2

DATE: December 10, 2012

TO:   Ms. Jacqueline E. Jackson
      Paralegal
      FOIA Compliance Office
      U.S. Commodity Futures Trading Commission
      Three Lafayette Centre
       1155 21st Street, NW
      Washington, DC  20581

RE: FOIA request number 13-00006-FOIA

Dear Ms. Jackson:

   Thank you for your acknowledgement of my October 12, 2012 request under the Freedom of Information Act. Your acknowledgement was dated October 12, 2012. However, since that time, your office has not provided the information in the time allowed by statute and regulation. Also your office has not responded as to why there has been a delay, again in violation of statute.

   It has now been almost two (2) months since the request was sent to your office without any reply or the information requested. Therefore, unless I hear back (soon) from your office as to why there has been a delay or details as to why it is being held up, I will proceed to U.S. District Court to seek an order from the Court to obtain this information.

   The correspondences in question, came from the Washington, DC office back when your agency conducted an investigation into Centurion Asset Management, Advanced Trading Services, Dennis R. Bolze, and/or Michael Potter and should be easily found and made available.

   Finally, in my letter, dated October 12, 2012, I agreed in writing to pay the cost associated with this request as directed by your agency's rules and regulations. So that can not be the reason that this request is being held up. Also, it is important to note, that this information is needed in a criminal matter and it could be viewed that your agency is obstructing the administration of justice. Something that will be brought to the Court's attention if your agency fails to respond in a very, very timely manner.

   Thank you for your time and consideration in this important legal matter.

Sincerly yours,

Dennis R. Bolze

Exhibit C, p.4

```
FROM:  Dennis R. Bolze                          Certified Mail
       Reg. No: 14825-067                       7005 0390 0004 0624 5566
       F.C.I. Williamsburg
       P.O. Box 340
       Salters, SC  29590
```

DATE: April 9, 2013

TO: Freedom of Information Act Appeal
    Office of General Counsel
    Commodity Futures Trading Commission
    Three Lafayette Centre, 8th Floor
    1155 21st Street, NW
    Washington, DC 20581

RE: <u>APPEAL OF FINDINGS IN FOIA 13-0006-FOIA:</u>

    I would like to appeal the findings of the FOIA Compliance Officer at the C.F.T.C., which I received on March 23, 2013. The letter was dated March 19, 2013 and therefore this request is timely filed.

    The reason for this appeal is that during the period of time of the FOIA request, the C.F.T.C. did corrspond with Centurion Asset Management, Advanced Trading Services through its register agent in Neveda. The letter said that four (4) pages of responsive records were found, but the C.F.T.C. believed that it was exempt from release under Exemption 6, of U.S.C. § 552(b)(6), because of the individuals' right to pricacy outweights the general public's interest is seeing personal identifying information.

    Fhowever, Michael Potter was a register agent for the above cited corp. and worked on their behalf. This information are not for the general public to view and certainly not for seeing personal identifying information as the response would want one to believe. The <u>law</u> affords your agency to redact or block-out any personal information that <u>might</u> be consider personal identifying information.

    I would like to obtain those four pages of documents and will proceed to district court if needed, after exhausting my remedies through the FOIA. Thank you for your time and consideration in this important legal matter, it is greatly appreciated. I will proceed further in May, if required.

Sincerely yours,

Dennis R. Bolze

Exhibit C, p.5