CENTURION ASSET MANAGEMENT

## Full Analysis Business Checking

### Withdrawals and Debits - Continued

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 10/02 | | 2,500.00 | Wire Type:Wire Out Date:061002 Time:0920 Et Trn:2006100200108325 Service Ref:001259 Bnf:Lorence Schrier, P.L.L.C. ID:9965484348 Bnf Bk:Citibank N A ID:021000089 Pmt Det:11781134 | 903710020108325 |
| 10/02 | | 2,600.00 | Wire Type:Intl Out Date:061002 Time:0705 Et Trn:2006100200050229 Service Ref:125778 Bnf:Helene Herman ID:Es65 0024 6907 0 Bnf Bk:Banco DE Credito Balear ID:Balees22 Pmt Det:11779917 Ib An: Es65 0024 6907 0107 0082 6261 | 903710020050229 |
| 10/02 | | 3,000.00 | Wire Type:Intl Out Date:061002 Time:0705 Et Trn:2006100200050235 Service Ref:125786 Bnf:David John Moss ID:Iban: Es52 0024 Bnf Bk:Banc O DE Credito Balear ID:Balees22 Pmt Det:11779913 I Ban: Es52 0024 6907 0606 5330 6532 | 903710020050235 |
| 10/02 | | 10,000.00 | Wire Type:Intl Out Date:061002 Time:0912 Et Trn:2006100200050234 Service Ref:169597 Bnf:Staffan Hansson ID:0540007268 Bnf Bk:Caja DE A Horros Del Med ID:Caames2Absp Pmt Det:11779911 Iba N: Es87 2090 6426 1705 4000 7268 | 903710020050234 |
| 10/02 | | 100,000.00 | Online Banking transfer to Chk 6196 Confirmation# 9795263115 | 957210027560279 |
| 10/04 | | 10,000.00 | Wire Type:Intl Out Date:061004 Time:0711 Et Trn:2006100400058901 Service Ref:738542 Bnf:John Lawerence ID:Es38 2051 0121 4 Bnf Bk:Caja DE Ahorros Y Monte ID:Cecaesmm051 Pmt Det:1182142 5 Iban: Es38 2051 0121 4710 4628 2168 | 903710040058901 |
| 10/06 | | 10,000.00 | Online Banking transfer to Chk 2127 Confirmation# 0162095515 | 957210067512235 |
| 10/10 | | 25,000.00 | Online Banking transfer to Chk 2127 Confirmation# 0430225641 | 957210107529979 |
| 10/11 | | 2,775.00 | Wire Type:Wire Out Date:061011 Time:0954 Et Trn:2006101100101676 Service Ref:001001 Bnf:Denys Andrew Dobbie ID:102092566 Bnf Bk:Mounta IN National Bank ID:064208437 Pmt Det:11906597 | 903710110101676 |
| 10/13 | | 5,000.00 | Online Banking transfer to Chk 2127 Confirmation# 0766926637 | 957210137544799 |
| 10/16 | | 2,000.00 | Wire Type:Intl Out Date:061016 Time:1022 Et Trn:2006101600122642 Service Ref:252756 Bnf:Helene Herman ID:Es65 0024 6907 0 Bnf Bk:Banco DE Credito Balear ID:Balees22 Pmt Det:11966635 Ib An: Es65 0024 6907 0107 0082 6261 | 903710160122642 |
| 10/16 | | 150.37 | 09/06 Acct Analysis Fee | 940310160000001 |
| 10/19 | | 2,000.00 | Wire Type:Wire Out Date:061019 Time:0941 Et Trn:2006101900091283 Service Ref:000988 Bnf:Andrew Denys Dobbie ID:102092566 Bnf Bk:Mounta IN National Bank ID:064208437 Pmt Det:12020435 | 903710190091283 |
| 10/19 | | 10,000.00 | Online Banking transfer to Chk 2127 Confirmation# 1284653142 | 957110197504151 |