FROM: Dennis R. Bolze
      Reg. No. 14825-067
      F.C.I. Big Spring
      1900 Simler Avenue
      Big Spring, TX  79720

DATE: January 17, 2014

TO:   Mr. Danny W. Armstrong
      Clerk of the Court
      U.S. District Court
      800 Market Street, Suite 330
      Knoxville, TN  37902

      RE: The filing of a civil Complaint.

Dear Mr. Armstrong:

I have enclosed a civil Complaint along with a Forma Pauperis application. After docketing and assigning it a case number, I request that a copy of the docketing sheet to returned to me at your convenience. Thank you in advance for your time and consideration in this matter, it is greatly appreciated.

Sincerely yours,

Dennis R. Bolze