Dennis R. Boze
Reg. no. 14825-067
FCI Big Spring
1900 Simler Ave.
Big Spring, TX.
79720

Mr. Danny W. Armstrong
Clerk of the Court
U.S. District Court
Suite 330
800 Market Street
Knoxville, TN. 37902

LEGAL MAIL